IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2008 CV 663-LTB-KMT

CLAY VARRA

    Plaintiff,

v.

CHAPARRAL BOATS, INC., a Georgia corporation, and PETERSEN MARINE SUPPLY, INC., a Utah corporation.

    Defendants.

_____

ORDER APPROVING STIPULATION OF TERMS AND CONDITIONS FOR ARBITRATION AND GRANTING JOINT MOTION TO STAY PROCEEDINGS
_____

This matter is before the Court on the parties' Stipulation of Terms and Conditions for Arbitration and Joint Motion to Stay Proceedings. Due notice having been given and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. The parties' stipulation of terms and conditions for arbitration is approved.

2. The joint motion to stay proceedings is granted.

3. This action is stayed pending the completion of arbitration of this dispute by the National Arbitration Forum pursuant to its Code of Procedure.

Done this __23rd__ day of __April__, 2008.

                        BY THE COURT:

                        __s/Lewis T. Babcock__
                        United States District Court Judge