IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2008-cv-00663-LTB-KMT

CLAY VARRA

       Plaintiff,

v.

CHAPARRAL BOATS, INC., a Georgia corporation, and
PETERSEN MARINE SUPPLY, INC., a Utah corporation.

       Defendants.
_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal of Federal Court Action With Prejudice (Doc 9 - filed April 22, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED: April 24, 2009